UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KIRAN VUPPALA,

                     Plaintiff,

    - against -

199 WATER STREET GARAGE LLC, et al,

                    Defendants.
-------------------------------------------------------------X

21-CV-9154 (PGG) (RWL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff filed this action on November 4, 2021. An affidavit of service was filed for both Defendants on December 26, 2021. (Dkts. 8 & 9.) An answer has not yet been filed. Accordingly, Plaintiff shall file a status report by April 4, 2022.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2022
         New York, New York

Copies transmitted this date to all counsel of record.