USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KIRAN VUPPALA,

                Plaintiff,

  - against -

199 WATER STREET GARAGE LLC, et al,

                Defendants.

------------------------------------------------------------X

21-CV-9154 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On March 28, 2022, the Court entered an order directing Plaintiff to file a status report by April 4, 2022. (Dkt. 10.) Plaintiff failed to do so. Accordingly, Plaintiff shall file a status report no later than April 27, 2022. Failure to do so may result in dismissal of the case for failure to prosecute.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: April 21, 2022
        New York, New York

Copies transmitted this date to all counsel of record.